**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

WILLIAM R. HOY,                          : No. 33 WAL 2017
                                         :
                   Petitioner            :
                                         :
                                         : Petition for Allowance of Appeal from
                                         : the Order of the Commonwealth Court
          v.                             :
                                         :
                                         :
BOROUGH OF COCHRANTON,                   :
                                         :
                   Respondent            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.